UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JATINDER SINGH,<br><br>　　　　　　　Petitioner,<br>　　v.<br><br>KRISTI NOEM et al.,<br><br>　　　　　　　Respondents. | CASE NO. 2:26-cv-00079-DGE<br><br>ORDER DENYING MOTION TO EXPEDITE (DKT. NO. 2) |

On January 8, 2026, Petitioner filed a petition for writ of habeas corpus and an "Ex Parte Motion to Issue Order to Show Cause and Expedited Briefing Schedule." (Dkt. Nos. 1, 2.) Petitioner asserts he has been in Immigration and Customs Enforcement detention since December 12, 2025 in violation of the Fifth Amendment. (Dkt. No. 1 at 2, 11.) Petitioner also moved to expedite his habeas petition. (Dkt. No. 2.)

At the time of filing the petition, Petitioner did not properly identify the nature of the suit in the Court's electronic filing system thereby causing the petition to be improperly processed by the Clerk's office. Additionally, to the extent Petitioner intended his motion to expedite to be an

ORDER DENYING MOTION TO EXPEDITE (DKT. NO. 2) - 1

ex parte request for a temporary restraining order, Petitioner did not comply with Federal Rule of Civil Procedure 65.

The Court DENIES Petitioner's motion to expedite (Dkt. No. 2) and instead has issued its standard scheduling order (*see* Dkt. No. 4) for habeas petitions pursuant to General Order 10-25 found at [General Order 10-25 re Immigration Habeas.1.pdf](General Order 10-25 re Immigration Habeas.1.pdf).  General Order 10-25 was entered on December 18, 2025 after consultation and cooperation by various stakeholders, including the U.S. Attorney's Office, the Federal Defender's Office, and the Northwest Immigrant Rights Project.  Petitioner provides and the Court finds no basis to require a different return and traverse schedule than that already identified in the scheduling order.

The Clerk is directed to send uncertified copies of this Order to all counsel of record.

Dated this 9th day of January, 2026.

David G. Estudillo
United States District Judge