UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JATINDER SINGH,

               Petitioner,

    v.

KRISTI NOEM et al.,

               Respondents.

CASE NO. 2:26-cv-00079-DGE

ORDER CLOSING THIS MATTER

On February 2, 2026, the Court granted Petitioner's petition for writ of habeas corpus. (Dkt. No. 11.)  Petitioner was granted until May 3, 2026 to move for attorney fees.  (Dkt. No. 15.)  Petitioner filed a motion for attorney fees on April 2, 2026.  (Dkt. No. 16.)  On April 28, Petitioner moved to refile a motion for attorney fees because of errors in the initial motion.  (Dkt. No. 18.)  The Court granted Petitioner's motion and ordered Petitioner to file an amended motion for attorney fees no later than May 19, 2026.  (Dkt. No. 20.)  Petitioner did not file a new motion. Accordingly, this matter is now closed.

The Clerk is directed to close this matter.

ORDER CLOSING THIS MATTER - 1

Dated this 26th day of May, 2026.

David G. Estudillo
United States District Judge

ORDER CLOSING THIS MATTER - 2